## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| LINDA KURKIS DAOUD, | CASE NUMBER: 1:20-cv-00450-GSA |
|---|---|
| Plaintiff, | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | (Doc. 2) |

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X] GRANTED

[X] IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

IT IS SO ORDERED.

Dated: __**March 30, 2020**__          __/s/ Gary S. Austin__
                                        UNITED STATES MAGISTRATE JUDGE