# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA KORKIS DAOUD,<br><br>      Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>      Defendant. | Case No. 1:20-cv-00450-GSA<br><br>**ORDER GRANTING MOTION FOR WAIVER OF REQUIREMENT FOR DEFENDANT TO DELIVER PAPER COPY OF ADMINISTRATIVE RECORD** |

Defendant moves for waiver of the Court's requirement to produce a hard copy of the certified administrative record (Dkt. 5 at 1). Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with the Scheduling Order. Accordingly, the Commissioner respectfully requests that the Court excuse him from this requirement.

                                                                Respectfully submitted,

Dated: August 3, 2020              McGREGOR W. SCOTT
                                                 United States Attorney
                                                 DEBORAH LEE STACHEL
                                                 Regional Chief Counsel, Region IX
                                                 Social Security Administration

                                  By:    /s/ Ellinor R. Coder
                                                 ELLINOR R. CODER
                                                 Special Assistant U.S. Attorney

                                                 Attorneys for Defendant

IT IS SO ORDERED.

    Dated:  **August 3, 2020**                    **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28