McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA SBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| LINDA KORKIS DAOUD,<br><br>    Plaintiff,<br><br>vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:20-cv-00450-GSA<br><br>JOINT STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |

    IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant Commissioner of Social Security (Defendant), by and through their respective counsel of record, that the deadline for Plaintiff to file her Opening Brief be extended by thirty (30) days, from November 6, 2020 to December 7, 2020. The parties jointly request this extension to continue settlement discussions. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: October 19, 2020

Respectfully submitted,
/s/ *Jacqueline Forslund**
JACQUELINE FORSLUND
Attorney for Plaintiff
*Authorized via e-mail on October 19, 2020

Dated: October 19, 2020

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

The Court has reviewed the parties' stipulation and approves the parties' request for addition time for settlement discussions. Plaintiff's Opening Brief is due December 7, 2020. All remaining deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: **October 19, 2020**            /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE