MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CA 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LINDA KORKIS DAOUD, <br><br>    Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br>    Defendant. | CIVIL NO. 1:20-cv-00450-GSA <br><br> **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Andrew Saul, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will instruct the Administrative Law Judge to re-evaluate the opinion evidence of record; re-evaluate Plaintiff's maximum residual functional capacity; if warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform her past relevant

work and other work in the national economy; and offer the claimant the opportunity for a hearing, address the additional evidence submitted to the Appeals Council, take any further action needed to complete the administrative record, and issue a new decision.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  November 2, 2020         */s/  Jacqueline Forslund\**
                                 JACQUELINE FORSLUND
                                 Attorney for Plaintiff
                                 *Authorized via e-mail on Nov. 2, 2020

                                 MCGREGOR W. SCOTT
                                 United States Attorney
                                 DEBORAH LEE STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                          By:    /s/ Ellinor R. Coder
                                 ELLINOR R. CODER
                                 Special Assistant United States Attorney

                                 Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. **IT IS FURTHER ORDERED** that the Clerk of Court is directed to enter judgment in accordance with this order.

IT IS SO ORDERED.

Dated:  **November 2, 2020**            **/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE